Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus, Ste. B
Covina, CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff,
JOSE RIVAS

# UNITED STATES DISTRICT COURT
# CENTAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOSE RIVAS,

     Plaintiff,

  vs.

CAPITAL SERVICING GROUP, LLC.; & CRAIG SADLAK,

     Defendants.

**Case No.: 8:15-cv-01123**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

**Demand Does Not Exceed $10,000**

## COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, JOSE RIVAS (Plaintiff), through his attorneys, Leisinger Law, LLP., alleges the following against Defendants, CAPITAL SERVICING GROUP, LLC. & CRAIG SADLAK, (Defendants):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

*///*

## JURISDICTION AND VENUE

3. Defendants conduct business in the State of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Stanton, Orange County, California.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendants.

7. Defendants each is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant, CAPITAL SERVICING GROUP, LLC, is a collection agency with a business offices located in Apple Valley, Minnesota.

9. Defendant, CRAIG SADLAK, is the President and CEO of CAPITAL SERVICING GROUP, LLC, which is a collection agency with a business offices located in Apple Valley, Minnesota.

10. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendants are attempting to collect a debt from Plaintiff.

12. The alleged debt arises from transactions for personal, family, and household purposes.

///

13. Upon information and belief Defendants are attempting to collect a debt owed by an individual by the name of "Stacy Rivas."

14. Plaintiff does not know "Stacy Rivas."

15. In November of 2014, Defendants began placing calls to Plaintiff, calling Plaintiff's telephone number (714) 820-60xx.

16. In November of 2014, Defendant began placing calls to Plaintiff attempting to collect a debt, from Plaintiff, for an individual named "Stacy Rivas."

17. In November of 2014, Plaintiff spoke with Defendants, or an agent thereof, named "Tom."

18. On or around November 13, 2014, Plaintiff received a call from Defendants and advised Defendant that Plaintiff was not "Stacy Rivas" and demanded that Defendants cease placing collection calls to Plaintiff. *See* Exhibit A attached hereto.

19. Despite being put on notice that Plaintiff is not the alleged debtor, "Stacy Rivas", Defendants are trying to contact, Defendants continued to place collection calls to Plaintiff.

20. Defendants called Plaintiff on November 18, 2014 at 12:46 PM. *See* Exhibit A attached hereto.

21. Defendants called Plaintiff on November 18, 2014 at 5:01 PM. *See* Exhibit A attached hereto.

22. Defendants called Plaintiff on November 25, 2014 at 1:19 PM. *See* Exhibit A attached hereto.

23. Defendants called Plaintiff on November 25, 2014 at 4:00 PM. *See* Exhibit A attached hereto.

///

24. Defendants called Plaintiff on November 25, 2014 at 5:11 PM. *See* Exhibit A attached hereto.

25. Defendants called Plaintiff on December 2, 2014 at 11:44 AM. *See* Exhibit A attached hereto.

26. Defendants called Plaintiff on December 4, 2014 at 3:14 PM. *See* Exhibit A attached hereto.

27. Defendants called Plaintiff on December 12, 2014 at 2:04 PM. *See* Exhibit A attached hereto.

28. Defendants called Plaintiff on December 15, 2014 at 12:05 PM. *See* Exhibit A attached hereto.

29. Defendants called Plaintiff on December 16, 2014 at 3:14 PM. *See* Exhibit A attached hereto.

30. Defendants called Plaintiff on December 16, 2014 at 4:41 PM. *See* Exhibit A attached hereto.

31. Defendants called Plaintiff on December 16, 2014 at 5:11 PM. *See* Exhibit A attached hereto.

32. Defendants called Plaintiff on December 17, 2014 at 5:20 PM. *See* Exhibit A attached hereto.

33. Defendants called Plaintiff on December 19, 2014 at 11:18 AM. *See* Exhibit A attached hereto.

34. Defendants called Plaintiff on December 19, 2014 at 1:37 PM. *See* Exhibit A attached hereto.

35. Defendants called Plaintiff on December 19, 2014 at 2:53 PM. *See* Exhibit A attached hereto.

///

36. Defendants called Plaintiff on December 22, 2014 at 12:07 PM. *See* Exhibit A attached hereto.

37. On December 26, 2014 at 12:07 PM, Plaintiff again advised Defendants that Defendants were continuing to place harassing collection calls to Plaintiff, despite the fact that Plaintiff is not the debtor in question. *See* Exhibit A attached hereto.

38. Despite being advised by Plaintiff that Defendants were continuing to call and harass the wrong individual, Defendants continued to place calls to Plaintiff after December 26, 2014.

39. Defendants placed a collection call to Plaintiff on January 6, 2015 at 2:39 PM from telephone number (952) 683-1223, a phone number belonging to Defendant. *See* Exhibit A attached hereto.

## COUNT I
## DEFENDANTS VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

40. Defendants violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt;

WHEREFORE, Plaintiff, JOSE RIVAS, respectfully requests judgment be entered against Defendants, CAPITAL SERVICING GROUP, LLC. & CRAIG SADLAK for the following:

   A. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

   B. Actual damages,

///

C. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

D. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

41. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

42. Defendant violated the RFDCPA based on the following:

a. Defendants violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*, in particular *15 U.S.C. § 1692(d).*

WHEREFORE, Plaintiff, JOSE RIVAS, respectfully requests judgment be entered against Defendants, CAPITAL SERVICING GROUP, LLC. & CRAIG SADLAK, for the following:

A. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

B. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

C. Any other relief that this Honorable Court deems appropriate.

///
///
///
///
///

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff demands a trial by jury in this action.


                                        RESPECTFULLY SUBMITTED,

Dated: July 16, 2015                    By:/s/ Rory Leisinger
                                            Rory Leisinger, Esq.
                                            118 N. Citrus, Suite B
                                            Covina, CA 91723
                                            Tel: 626-290-2868
                                            Rory@leisingerlaw.com
                                            Attorney for Plaintiff,
                                            JOSE RIVAS