Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus, Ste. B
Covina, CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff,
JOSE RIVAS

**UNITED STATES DISTRICT COURT**
**CENTAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOSE RIVAS,<br><br>      Plaintiff,<br><br>vs.<br><br>CAPITAL SERVICING GROUP, LLC.; & CRAIG SADLAK,<br><br>      Defendants. | Case No.: 8:15-cv-01123<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, JOSE RIVAS, through his counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant, CAPITAL SERVICING GROUP, LLC & CRAIG SADLAK, an individual, with each party to bear their own attorneys' fees and costs.

///

///

///

|   |   |
|---|---|
| Dated: November 13, 2015 | RESPECTFULLY SUBMITTED,<br>By:/s/ Rory Leisinger<br>Rory Leisinger, Esq.<br>118 N. Citrus, Suite B<br>Covina, CA 91723<br>Rory@leisingerlaw.com<br>Attorney for Plaintiff<br>Jose Rivas |